IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

MAY 1 8 2005

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| Candid Advise Inc., | § | |
| | § | |
| | § | |
| V. | § | CIVIL ACTION: H-02-1746 |
| | § | |
| Ben R. Lasseter, | § | |

### ORDER OF REFERENCE TO
### MAGISTRATE JUDGE STEPHEN Wm. SMITH

Plaintiff's Motion to Compel and for Sanctions (Inst. # 15) is hereby referred to Magistrate Judge Stephen Wm. Smith for disposition and/or recommendation.

The Clerk shall mail a copy of this Order to all counsel of record.

SIGNED at Houston, Texas, on the 17 day of May, 2005.

DAVID HITTNER
UNITED STATES DISTRICT COURT